IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01546-WYD-KLM

DUOC VAN NGUYEN,

    Plaintiff,

v.

PLATINUM FINANCIAL SERVICES CORPORATION;
PALISADES ACQUISITION XVI, LLC; AND
WOLPOFF & ABRAMSON, L.L.P.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Upon review of the filing of the Amended Complaint [#17] on October 2, 2008, and the subsequent filing of Defendants' Motion to Dismiss Amended Complaint [#18] on October 14, 2008, it is hereby ORDERED that Defendants' previously filed Motion to Dismiss [#11], filed August 19, 2008 is **MOOT**.

    The Court notes that Plaintiff has not filed a Response to Defendants' Motion to Dismiss Amended Complaint [#18], and the time to file such a Response is past due. However, Plaintiff may file a motion requesting that the Court consider its previously filed Response [#12], on or before December 19, 2008.

    December 9, 2008