IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01546-WYD-KLM

DUOC VAN NGUYEN,

    Plaintiff,

v.

PLATINUM FINANCIAL SERVICES CORPORATION;
PALISADES ACQUISITION XVI, LLC; AND
WOLPOFF & ABRAMSON, L.L.P.,

    Defendants.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Plaintiff's Stipulated Motion to Dismiss With Prejudice, filed February 5, 2009 [#21]. Upon consideration of the motion and the file herein, it is hereby

ORDERED that the Stipulated Motion to Dismiss With Prejudice is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.

Dated: February 9, 2009

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Chief United States District Judge